# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 07-408** |
| **LAWRENCE HONORE** | **SECTION I** |

## ORDER

Before the Court is the 18 U.S.C. § 3682(c)(2) motion[1] filed by defendant, Lawrence Honore, to which the United States of America has filed an opposition.[2] As defendant acknowledges in his motion, he was sentenced on August 28, 2008, before the enactment of the Fair Sentencing Act of 2010.[3] Accordingly, the Fair Sentencing Act does not apply retroactively to him. *See Dorsey v. United States*, 132 S. Ct. 2321, 2335 (2012).

Defendant raises an Equal Protection argument that relies heavily on *United States v. Blewett*, Nos. 12-52226, 12-5582, 2013 WL 2121945 (6th Cir. May 17, 2013). But the decision in *Blewett* has been vacated pending rehearing en banc. *See* Order, *United States v. Blewett*, No. 12-5226 (6th Cir. July 11, 2013). Moreover, defendant "may not raise an equal protection challenge to his sentence in a § 3582(c) proceeding." *United States v. Baker*, 401 F. App'x 990, 991 (5th Cir. 2010) (citing *United States v. Whitebird*, 55 F.3d 1007, 1010 (5th Cir. 1995)).

---

[1] R. Doc. No. 204.
[2] R. Doc. No. 206.
[3] R. Doc. No. 204, at 3, 5; *see also* R. Doc. No. 128.

Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, July 22, 2013.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**